COMMONWEALTH of Pennsylvania,
Respondent

v.

Keith CALDWELL, Petitioner

No. 259 WAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

### ORDER

PER CURIAM

AND NOW, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

John M. MACARTHUR, Petitioner

No. 267 WAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

### ORDER

PER CURIAM

AND NOW, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.